UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABDELHAMID ISA,

    Plaintiff,           Case No. 13-cv-11284
                                   HON. GERSHWIN A. DRAIN

vs.

LAW OFFICE OF TIMOTHY E. BAXTER &
ASSOCIATES,

    Defendant.

_____/

<u>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES [#8]</u>

The court having reviewed the motion, briefs and attached exhibits, and heard argument on June 17, 2013, on Plaintiff's Motion for Attorney fees; for the reasons stated on the record,

Plaintiff's Motion for Attorney fees [#8] is GRANTED for the sum total of $2,636.00.

SO ORDERED.

Dated: August 21, 2013

                                     /s/ Gershwin A. Drain
                                     GERSHWIN A. DRAIN
                                     UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 21, 2013, by electronic and/or ordinary mail.

/s/ Tanya Bankston
Deputy Clerk